1142

No. 99–7330.  SWINSON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 99–7348.  KRUEGER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 99–7350.  VAILE v. WALTER, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER.  C. A. 9th Cir.  Certiorari denied.

No. 99–7361.  HARROLD v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 99–7431.  JARED W. v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 99–7461.  HARRIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–7464.  MORENO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–7471.  LAFOND v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–7480.  TAYLOR, AKA BRYANT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–7482.  ARMETTA v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–7483.  ALLEN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–7484.  CAMPBELL v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–7491.  CAMPBELL v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 99–7493.  CLEMMONS v. O'BRIEN, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 99–7501.  LACEY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.